UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ROBERT GEORGE, | ) | Case No.: C 10-1379 PVT |
| Plaintiff, | ) | **INITIAL CASE MANAGEMENT** |
| | ) | **CONFERENCE ORDER** |
| v. | ) | |
| DAN BRIERLY, et al, | ) | |
| Defendants. | ) | |

On June 29, 2010, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply to this case.

IT IS FURTHER ORDERED that the parties are referred to court sponsored mediation. The parties shall promptly contact the court's ADR department to make the appropriate arrangements.

1         IT IS FURTHER ORDERED that the Case Management Conference is CONTINUED to

2    October 12, 2010.  (If there are any significant changes the court should know about, the parties shall

3    file a supplemental Case Management Conference Statement no later than October 5, 2010.)

4    Dated: *6/29/10*

5                                         _Patricia V. Trumbull_

6                                     PATRICIA V. TRUMBULL
                                 United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28